F I L E D
Clerk
District Court

JUN 22 2026

for the Northern Mariana Islands
By_____ *JP*
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

CHANGWU RUAN,

    Petitioner,

    v.

SERGIO ALBARRAN, TODD LYONS, MARKWAYNE MULLIN, TODD BLANCHE, and ANTHONY TORRES, in their official capacities,

    Respondents.

Case No. 1:26-cv-00010

**ORDER DIRECTING ENTRY OF JUDGMENT AND CASE CLOSURE**

On June 1, 2026, this Court issued its decision and order granting Petitioner Changwu Ruan's petition for writ of habeas corpus. (D&O, ECF No. 15.) The Clerk is now directed to enter judgment accordingly and to close this case.

IT IS SO ORDERED this 22nd day of June, 2026.

_____
RAMONA V. MANGLONA
Chief Judge