F I L E D
Clerk
District Court

JUN 23 2026

for the Northern Mariana Islands
By_____
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

CHANGWU RUAN,                                    )        Case No. 1:26-cv-00010
                                                 )
                                                 )        **ORDER CLARIFYING**
                    Petitioner,                  )        **DECISION AND ORDER**
                                                 )
          v.                                     )
                                                 )
SERGIO ALBARRAN et al.,                          )
                                                 )
                                                 )
                    Respondents.                 )
_____)

Based on the parties' stipulation (ECF No. 18) and the Court's own interpretation, the Court hereby clarifies that the Decision and Order issued on June 1, 2026 (ECF No. 15) does not prohibit the Federal Respondents from holding a new bond hearing outside the time originally set by the Court in the event that Petitioner is successful in reopening or appealing his bond denial.

IT IS SO ORDERED this 23rd day of June, 2026.


_____
RAMONA V. MANGLONA
Chief Judge

1