AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Northern Mariana Islands

| CHANGWU RUAN | ) | |
|---|---|---|
| *Petitioner* | ) | |
| v. | ) | Civil Action No.  1:26-cv-00010 |
| SERGIO ALBARRAN, ET AL. | ) | |
| *Respondent* | ) | |

**F I L E D**
Clerk
District Court
JUN 26 2026
for the Northern Mariana Islands
By_____JP_____
(Deputy Clerk)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:  Judgment is entered in favor of Petitioner Changwu Ruan.

.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge  Ramona V. Manglona _____ on

Petition for Writ of Habeas Corpus, ECF No. [1]. See Order Directing Entry of Judgment and Case Closure, ECF No. [17], and Decision and Order Granting Petition for Writ of Habeas Corpus, ECF No. [15].                .

Date:     06/26/2026 _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*